```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARION FELIX                  :    CIVIL ACTION
                              :    NO. 10-4654
      Plaintiff               :
                              :
v.                            :
                              :
GMS, ZALLIE HOLDINGS,         :
INC., et al.,                 :
                              :
      Defendants.             :
```

### O R D E R

**AND NOW,** this **17th** day of **November, 2011,** it is hereby **ORDERED** that Defendants' motions for summary judgment (doc. nos. 19, 20) are **GRANTED.**

**AND IT IS SO ORDERED.**

                                     S/Eduardo C. Robreno
                                     **EDUARDO C. ROBRENO, J.**